COURT OF APPEALS
 TENTH DISTRICT OF TEXAS
 center10985500
 July 19, 2017
 No. 10-17-00205-CR
 IN RE CHRISTOPHER K. SCHMOTZER
 
 center-4254500
 Original Proceeding
 
--------------------------------------------------------------------------------
JUDGMENT

 The Petition for Writ of Mandamus filed by Christopher K. Schmotzer has been considered by the Court. The Court has determined the Petition should be and hereby is denied.
 A copy of this judgment will be certified by the Clerk of this Court and delivered to the trial court.
 PER CURIAM
 SHARRI ROESSLER, CLERK 
3040380-1206500
 By: ___________________________
 Nita Whitener, Deputy Clerk
964800707760000